FILED
June 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FELICIA SHAW<br><br>    Defendant. | Case No. 2:23-mj-00085-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FELICIA SHAW Case No. 2:23-mj-00085-JDP Charges 21 USC § 846 and 841(a)(1) from custody for the following reasons:

      _____  Release on Personal Recognizance

      _____  Bail Posted in the Sum of $ _____

      __X__  Unsecured Appearance Bond $ 50,000.00 co-signed by Rhonda Higgins

      _____  Appearance Bond with 10% Deposit

      _____  Appearance Bond with Surety

      _____  Corporate Surety Bail Bond

      _____  (Other): \_\_.

Issued at Sacramento, California on June 7, 2023, at 2:00 PM

Dated:  June 7, 2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE