Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Felicia Shaw

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-0150 DJC |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA SHAW, | ) | |
| | ) | |
| Defendants. | ) | |

    Defendant Felicia Shaw hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when so ordered by the court.

    Defendant Felicia Shaw hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

PERSONAL WAIVER OF APPEARANCE        -1-

Defendant further acknowledges that she has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and she has authorized her attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without her being personally present.

Respectfully submitted,

Dated: August 10, 2023          /s/ Felicia Shaw
                                Felicia Shaw
                                Defendant


Dated: August 10, 2023          /s/ Philip Cozens
                                Philip Cozens
                                Attorney for Defendant,
                                Felicia Shaw

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 27, 2023       /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

PERSONAL WAIVER OF APPEARANCE          -2-