Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Felicia Shaw

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-150 DJC |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR MODIFICATION |
| | ) | OF TERMS OF PRE-TRIAL RELEASE AND |
| | ) | PROPOSED ORDER |
| v. | ) | |
| | ) | |
| FELICIA SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Alexis Klein, Esq. and Defendant Felicia Shaw through her attorney Philip Cozens, Esq., that:

    Defendant Shaw's conditions of release are modified to appoint her mother, Rhonda Higgins, as her third-party custodian.  Pretrial Services has vetted Ms. Higgins, and she is an appropriate third-party custodian.  As such, the parties and Pretrial Services requests that the following condition be added:

    "You are released to the third-party custody of Rhonda Higgins, and you must reside with Ms. Higgins and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

    It is so stipulated.

STIPULATION FOR MODIFICATION OF TERMS OF PRE-TRIAL RELEASE    -1-

Dated: September 13, 2024         /s/ Alexis Klein, Esq._____
                                  Alexis Kline, Esq.
                                  Assistant United States Attorney
                                  Eastern District of California


                                  /s/ Philip Cozens_____
                                  Philip Cozens
                                  Attorney at Law
                                  Attorney for Defendant Felicia Shaw

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that Defendant Shaw's conditions of release are modified to appoint her mother, Rhonda Higgins, as her third-party custodian. Pretrial Services has vetted Ms. Higgins, and she is an appropriate third-party custodian. As such, the parties and Pretrial Services requests that the following condition be added:

"You are released to the third-party custody of Rhonda Higgins, and you must reside with Ms. Higgins and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

Dated: September 19, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE