# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Felicia Shaw | ) <br> ) <br> ) Case No. 2:23-CR-00150-DJC-3 <br> ) <br> ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Felicia Shaw_____, have discussed with _____Stephanie Mott_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release: You must submit to drug testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: The defendant has tested negative for controlled substances ~~since January 30, 2023,~~ and the drug testing condition is no longer necessary.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   8/21/25        _____S. Mott_____   8/22/25
Signature of Defendant           Date        Signature of Pretrial Services Officer   Date

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

_____[signature]_____        8/22/25
Signature of Assistant U.S. Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____        8/21/25
Signature of Defense Counsel        Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____[signature]_____        8/21/2025
Signature of Third-Party Custodian        Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____[signature]_____        8/21/2025
Signature of Surety        Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Shaw, Felicia
Page 2

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  8/22/2025

☐ The above modification of conditions of release is *not* ordered.

Dated: August 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge