Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

FELICIA SHAW,

Defendant.

Case No.: 2:23-cr-00150-DJC-3

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE AND ORDER**

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Ross Pearson, Esq. and Defendant Felicia Shaw through her attorney Philip Cozens, Esq., that:

The Status Conference, currently scheduled for October 15, 2026 at 9:00 a.m. in Judge Calabretta's Court, be re-scheduled for November 12, 2026 at 9:00 a.m. in Judge Calabretta's Court. The stipulated continuance is necessary because Defendant Felicia Shaw's attorney is scheduled to start trial in Lake County Superior Court.

Time should be excluded for defense attorney preparation and continued representation by her attorney pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from October 19 through and including November 12, 2026.

IT IS SO STIPULATED.

Dated: October 12, 2026

/s/ Ross Pearson, Esq.

Ross Pearson, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens

Philip Cozens
Attorney at Law
Attorney for Defendant Felicia Shaw

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for October 15, 2026 at 9:00 a.m. in Judge Calabretta's Court be re-scheduled for November 12, 2026, at 9:00 a.m. in Judge Calabretta's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from October 15, 2026 through and including November 12, 2026.

Dated: October 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE